

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **CARLY GRUBBS** | ) | **CASE NO.1:07CV2518** |
| | ) | **1:06CR95** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

### CHRISTOPHER A. BOYKO, J:

This Court, having DENIED Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, hereby enters judgment in favor of respondent and against petitioner. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed.App.R. 22(b).

IT IS SO ORDERED.

3/11/08
Date

*Christopher A Boyko*
CHRISTOPHER A. BOYKO
United States District Judge